**James Hardin EVANS, Jr., Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 15, 1974.

Rehearing Denied May 10, 1974.

Joseph G. Glass, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., George Geoghegan, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

**YOCOM, Commissioner of Labor etc. et al., Appellants,**

v.

**HATFIELD and Workmen's Compensation Board, Appellees.**

Court of Appeals of Kentucky.

March 15, 1974.

Rehearing Denied May 10, 1974.

Gemma M. Harding, Supervisor Attorney for Special Fund, Department of Labor, Louisville, Robert D. Hawkins, Chief Counsel for Special Fund, Department of Labor, Frankfort, Robert G. Hunt, King, Deep, Branaman, Hunt & Sheffer, Henderson (Counsel for appellants Atlas Tack Corporation and Liberty Mutual Insurance Company), attorneys for appellants.

Richard D. Gilliam, Jr., Owensboro (Counsel for appellee Hatfield), J. Keller Whitaker, Director, Department of Labor, Frankfort (Workmen's Compensation Board), attorneys for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming in Part, Reversing in Part.*

**AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellant,**

v.

**K–V ALUMINUM PRODUCTS, INC. and K–V Aluminum Products, Inc. d/b/a Home Arts, Appellees.**

Court of Appeals of Kentucky.

March 1, 1974.

Rehearing Denied May 10, 1974.

William P. Swain, Andrew J. Russell, Boehl, Stopher, Graves & Deindoerfer, Louisville, for appellant.

Robert L. Gwin, Gwin, Iler & Waitman, Owensboro, for appellee.

Memorandum Opinion of the Court by Special Commissioner BEN MANN, Reversing.*

* Opinion ordered not to be published.